IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JORGE LUIS RAMOS MARTINEZ, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-758-CDL-CHW |
| | * | |
| Warden, STEWART DETENTION CENTER, et al., | * | |
| Respondents. | * | |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 17, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of August, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk